1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  **BOARD OF TRUSTEES OF THE NORTHERN**   )    NO. C 07 5716 MJJ
    **CALIFORNIA FLOOR COVERING, et al.**   )
12                                          )
                                            )    **MOTION  FOR  ENTRY  OF**
13                  **Plaintiffs,**         )    **DEFAULT**
           **vs.**                          )
14                                          )
    **BRUCE FINISTER, an individual doing business**   )
15  **as FINISTER FLOORING**               )
                                            )
16                                          )
                    **Defendant.**          )
17  _____)

18          To the Clerk of the United States District Court for the Northern District of California:

19          You will please enter the default of defendant, BRUCE FINISTER, an individual doing

20  business as FINISTER FLOORING for failure to plead or otherwise move as provided by the Federal

21  Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of

22  Default filed herewith.

23  Dated: February 21, 2008                      ERSKINE & TULLEY

24

25                                  By:    /s/ Michael J. Carroll
                                           MICHAEL J. CARROLL
26                                         Attorney for Plaintiffs

27

28

    **MOTION FOR ENTRY OF DEFAULT**              **1**