ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al.**  ) <br> ) <br> )  Plaintiffs,  ) <br> vs.  ) <br> ) <br> **BRUCE FINISTER, an individual doing business as FINISTER FLOORING**  ) <br> ) <br> )  Defendant.  ) | NO. C 07 5716 MJJ <br><br> **PROPOSED NOTICE OF ENTRY OF DEFAULT** |

     IT IS HEREBY NOTICED that the default of defendant, BRUCE FINISTER, an individual doing business as FINISTER FLOORING, has been entered by the Clerk of the Court on _____.

Date:_____          Richard W. Wieking, Clerk


                                By: _____
                                     Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**          1