**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>510.637.3530 |

February 25, 2008

RE:  CV 07-05716 CW     Board of Trustees of the Northern California Floor-v- Finister

Default is entered as to Bruce Finister, an individual d/b/a Finister Flooring on 2/25/08.


                              RICHARD W. WIEKING, Clerk


                              byClara Pierce
                              Case Systems Administrator

NDC TR-4  Rev. 3/89