IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al., | No. C 07-05716 CW |
| Plaintiffs, | ORDER |
| v. | |
| BRUCE FINISTER, | |
| Defendant. | |

Default having been entered by the Clerk on February 25, 2008,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for March 25, 2008 is continued to July 29, 2008 at 2:00 p.m.

Dated: 3/13/08

CLAUDIA WILKEN
United States District Judge

cc: Wings