1    ERSKINE & TULLEY
     A PROFESSIONAL CORPORATION
2    MICHAEL J. CARROLL (St. Bar #50246)
     220 Montgomery Street, Suite 303
3    San Francisco, CA  94104
     Telephone:  (415) 392-5431
4
     Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   BOARD OF TRUSTEES OF THE NORTHERN  )    NO.  C 07 5716 CW
     CALIFORNIA FLOOR COVERING, et al., )
12                                      )    EX   PARTE   APPLICATION
                        Plaintiffs,     )    FOR  ORDER  TO  CONTINUE
13                                      )    DATE   FOR   FILING   A
             vs.                        )    MOTION   FOR   DEFAULT
14                                      )    JUDGMENT
     BRUCE FINISTER, etc.,              )
15                                      )
                        Defendant.      )
16   _____)

17          Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA

18   FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby

19   apply ex parte for an order to continue the deadline date for

20   filing a motion for default judgment from April 12, 2008 to July

21   18, 2008.  Said motion will be referred to a Magistrate Judge to

22   be heard on a date subject to the availability of the Court's

23   calendar.   The Magistrate Judge shall prepare findings and

24   recommendation on the motion.  This is pursuant to Judge Claudia

25   Wilken's Order dated March 13, 2008.

26   ////

27   ////

28   ////

EX PARTE APPLICATION FOR ORDER TO CONTINUE DATE FOR FILING A MOTION FOR DEFAULT JUDGMENT        1

1          This <u>ex parte</u> application is based upon the Declaration

2   of Attorney Michael J. Carroll filed herewith.

3          Dated:    April 8, 2008

4                                          Respectfully submitted,

5                                          ERSKINE & TULLEY

6

7                                          By:    /s/ Michael J. Carroll
                                                  Michael J. Carroll
8                                                 Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28