```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BRUCE FINISTER, etc., )<br>)<br>Defendant. )<br>_____ ) | NO.  C 07 5716 CW<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO CONTINUE DATE FOR FILING A MOTION FOR <u>DEFAULT JUDGMENT</u> |

     I, MICHAEL J. CARROLL, certify:

     1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

     2.   Defendant's default was entered by the Court on February 25, 2008.

     3.   On March 13, 2008 Judge Wilken signed an Order that

<u>DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL TO CONTINUE DATE FOR FILING A MOTION FOR DEFAULT JUDGMENT</u>    1

plaintiffs file a motion for default judgment by April 12, 2008.

4.   Defendant Bruce Finister spoke to me and advised me that he will soon be filing a bankruptcy action.

5.   It is requested that the Court continue the deadline date for filing the Motion for Default Judgment to July 18, 2008.

6.   Good cause exists to grant plaintiffs' request for a continuance of the deadline date for filing the Motion for Default Judgment to July 18, 2008 to allow defendant the time to file his bankruptcy action and avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 8, 2008 at San Francisco, California.

/s/ Michael J. Carroll
Michael J. Carroll