1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRUCE FINISTER, etc., <br><br> Defendant. | NO.  C 07 5716 CW <br><br> ORDER TO CONTINUE DATE FOR FILING A MOTION FOR DEFAULT JUDGMENT |

IT IS ORDERED that the deadline date for filing a motion for default judgment in this case originally set for April 12, 2008 be continued to July 18, 2008.  Said motion will be referred to a Magistrate Judge to be heard on a date subject to the availability of the Court's calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated:_____          _____
                                   Judge Claudia Wilken

ORDER TO CONTINUE DATE FOR FILING A MOTION FOR DEFAULT JUDGMENT