1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE NORTHERN   )   NO.  C 07 5716 CW
   CALIFORNIA FLOOR COVERING, et al., )
12                                     )   ORDER TO CONTINUE DATE
                   Plaintiffs,         )   FOR FILING A MOTION FOR
13                                     )   DEFAULT JUDGMENT
           vs.                         )
14                                     )
   BRUCE FINISTER, etc.,               )
15                                     )
                   Defendant.          )
16 _____)

17         IT IS ORDERED that the deadline date for filing a motion for

18 default judgment in this case originally set for April 12, 2008 be

19 continued to July 18, 2008.  Said motion will be referred to a

20 Magistrate Judge to be heard on a date subject to the availability of

21 the Court's calendar.  The Magistrate Judge shall prepare findings

22 and recommendation on the motion.  The Case Management Conference set

23 for July 29, 2008, is continued to October 7, 2008, at 2:00 p.m.

24

25         4/9/08                              *Claudia Wilken* (signature)

26 Dated:_____         _____
                                       Judge Claudia Wilken
27

28


   ORDER TO CONTINUE DATE FOR FILING A MOTION FOR DEFAULT JUDGMENT