Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
NORTHERN CALIFORNIA FLOOR
COVERING INDUSTY WELFARE FUND,
et al..

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING WELFARE FUND; STEVE HAVENS, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE FINISTER, individually and dba FINISTER FLOORING,<br><br>Defendant. | Case No.: C07-5716 CW<br><br>**DECLARATION OF ROSE CORTEZ IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:  August 21, 2008<br><br>Time:  2:00 p.m.<br><br>Courtroom: 2, 4th Floor<br>   1301 Clay Street<br>   Oakland, California<br><br>Judge:  The Honorable Claudia Wilken |

I, Rose Cortez, declare as follows:

   1.   I am an employee of Associated Third Party Administrators ("ATPA"), administrator of the plaintiff Trust Funds. I am the Supervisor of the department responsible for receiving and recording employers' monthly reports and contributions required from those employers under the terms of a Collective Bargaining Agreement. This includes Finister Flooring, the defendant in this action. I also supervise the calculations and billing of those employers, for

-1-
DECLARATION OF R. CORTEZ IN SUPPORT
CASE NO.: C07-5716 CW

1. liquidated damages and interest due under plaintiff Trust Agreements, when monthly delinquencies occur.

2. According to my records, the Defendant in this action has failed to report or make payment of contributions due during the period from April 2006 through December 2006, pursuant to pay stubs submitted to the Trust Funds thereafter by three of his employees. Defendant failed to pay the 10% liquidated damages for late and unpaid contributions, and the applicable interest rates of 7% and 8% per annum incurred for these periods as well. (See Kaplan Decl. ¶5) Pursuant to the Trust Agreements incorporated into the Bargaining Agreement, delinquent contributions incurred ten percent (10%) liquidated damages, plus interest on the combined total of unpaid contributions plus liquidated damages from the first of the month following the month payment was due.

3. The amounts owed by Defendant, in accordance with Trust Fund records, are summarized in Exhibit A, attached hereto.

4. No amounts shown remaining on Exhibit A have been paid, despite demands made by this office and attached hereto as Exhibit B.

5. In addition, Defendant has failed to submit reports or pay contributions for the months of April, May and June 2008.

I declare under penalty of perjury that the foregoing is true and correct and that if called upon as a witness, I could testify to the foregoing on the basis of my personal, direct knowledge.

Executed this 17th day of July, 2008, at Alameda, California.

_____/s/_____
Rose Cortez

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery St., Suite 2110, San Francisco, California 94104.

On July 17, 2008, I served the following document(s):

**DECLARATION OF ROSE CORTEZ IN SUPPORT
OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Bruce Finister
> dba Finister Flooring
> 6728 Saddle Rock Court
> Stockton, California 95210**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of July, 2008, at San Francisco, California.


_____/s/_____
Vanessa de Fábrega

-1-
**DECLARATION OF R. CORTEZ IN SUPPORT
CASE NO.: C07-5716 CW**

P:\Clients\FLRCL\Finister Flooring\Pleadings\Motion for Default Judgment\Cortez Declaration in Support 071408.doc

# *EXHIBIT A*

# NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND

## FINISTER FLOORING

| Month | Contrib. Due | Contrib. Due Date | Date Paid, If Paid | Contrib. Still Due | 10% LDs Due | Interest Due on Contr./LDs to 7/18/08 | | Total (Contr./LDs/ Int.) |
|---|---|---|---|---|---|---|---|---|
| 4/06 Check stubs (Raymond Lee) | $1,785.56 | 5/15/06 | $1,000 pd 2/27/08 | | | 7% | $95.20 | |
| 5/06 | --- | --- | --- | $785.56 | $178.56 | 7% | $25.20 | $1,084.52 |
| 10/06 Check stubs (David Hottel) | $874.56 | 6/15/06 | --- | $874.56 | $87.46 | 7% | $138.19 | $1,100.21 |
| 11/06 Check stubs (David Hottel) | $1,672.80 | 11/15/06 | --- | $1,672.80 | $167.28 | 8% | $240.37 | $2,080.45 |
| 12/06 Check stubs (Daniel Chisamore) | $817.00 | 12/15/06 | --- | $817.00 | $81.70 | 8% | $111.29 | $1,009.99 |
| | $912.00 | 1/15/07 | --- | $912.00 | $91.20 | 8% | $117.42 | $1,120.62 |
| SUB-TOTALS | | | | $5,061.92 | $606.20 | | $727.67 | |
| TOTAL DUE: | | | | | | | | $6,395.79 |

# EXHIBIT B

## NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND

1640 SOUTH LOOP RD. ✶ ALAMEDA, CA 94502
(510) 864-6411(option 6)   (800) 320-0106 (option 6)   FAX: (925) 288-4095

March 23, 2007                                              **FINAL NOTICE**

Finister Flooring
6728 Saddle Rock Ct.
Stockton, CA 95210

Acct #229-000

**Re: Raymond Lee 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**

To Whom It May Concern:

The Northern California Floor Covering Trust Fund is in receipt of check stubs indicating a shortage of hours reported on behalf of Raymond Lee for the period of April 2006. Please find attached check stubs verify the work period indicated. Below is a breakdown of the hours and funds due:

| Work Month | Rate Due | Hours Due | Funds Owed |
|---|---|---|---|
| 04/06 | $18.22/hr | 98.00 | $1,785.56 |
| | | | |
| Total | | | $1,785.56 |

Please check your records in regards to the discrepancy indicated and respond by April 23rd, or remit payment with a copy of this letter for reference in the envelope enclosed.

If you have any questions, please do not hesitate to contact this office.

Sincerely,


Cornell Young
Billing & Eligibility
Extension 3172

Enclosures

Cc: R. Lee

# NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND

### 1640 SOUTH LOOP RD. ✶ ALAMEDA, CA 94502
(510) 864-6411(option 6)    (800) 320-0106 (option 6)    FAX: (925) 288-4095

March 23, 2007                                                                 **FINAL NOTICE**

Finister Flooring
6728 Saddle Rock Ct.
Stockton, CA 95210

Acct #229-000

Re: Daniel Chisamore 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

To Whom It May Concern:

The Northern California Floor Covering Trust Fund is in receipt of check stubs indicating a shortage of hours reported on behalf of Daniel Chisamore for the period of December 2006. Please find attached check stubs verify the work period indicated. Below is a breakdown of the hours and funds due:

| Work Month | Rate Due | Hours Due | Funds Owed |
|---|---|---|---|
| 12/06 | $19.00/hr | 48.00 | $912.00 |
| | | | |
| Total | | | $912.00 |

Please check your records in regards to the discrepancy indicated and respond by April 23rd, or remit payment with a copy of this letter for reference in the envelope enclosed.

If you have any questions, please do not hesitate to contact this office.

Sincerely,


Cornell Young
Billing & Eligibility
Extension 3172

Enclosures

Cc: D. Chisamore

# NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND

1640 SOUTH LOOP RD. ✱ ALAMEDA, CA 94502
(510) 864-6411(option 6)   (800) 320-0106 (option 6)   FAX: (925) 288-4095

April 3, 2007                                               **FINAL NOTICE**

Finister Flooring
6728 Saddle Rock Ct.
Stockton, CA 95210

Acct #229-000

Re: David Hottel 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

To Whom It May Concern:

The Northern California Floor Covering Trust Fund is in receipt of check stubs indicating a shortage of hours reported on behalf of Daniel Chisamore for the period of November 2006. Please find attached check stubs verify the work period indicated. Below is a breakdown of the hours and funds due:

| Work Month | Rate Due | Hours Due | Funds Owed |
|---|---|---|---|
| 11/06 | $19.00/hr | 43.00 | $817.00 |
| 10/06 | $19.00/hr | 88.00 | $1672.80 |
| Total | | | $2489.80 |

Please check your records in regards to the discrepancy indicated and respond by May 3rd, or remit payment with a copy of this letter for reference in the envelope enclosed.

If you have any questions, please do not hesitate to contact this office.

Sincerely,

Cornell Young
Billing & Eligibility
Extension 3172

Enclosures

Cc: D. Hottel