Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
NORTHERN CALIFORNIA FLOOR
COVERING INDUSTY WELFARE FUND,
et al..

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING WELFARE FUND; STEVE HAVENS, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE FINISTER, individually and dba FINISTER FLOORING,<br><br>Defendant. | Case No.: C07-5716 CW<br><br>**[PROPOSED] JUDGMENT** |

  The defendant, BRUCE FINISTER, individually and dba FINISTER FLOORING, having failed to plead or otherwise defend in this action and its default having been entered,

  Now, upon application of the plaintiffs and upon declaration that defendant has failed and refused to (1) make any payment of amounts owed to plaintiffs for hours worked by defendant's employees during the period April 2008 through June 2008; and (2) to pay the balance of contributions for the period April 2006 to May 2006, and accrued liquidated damages for the period August 2006 through September 2006, under the Collective Bargaining Agreement; and (3) that defendant has been defaulted for failure to appear; and (4) that defendant is neither an infant,

1

**[PROPOSED] JUDGMENT**
**CASE NO.: C07-5716 CW**

nor incompetent, nor in the military service of the United States, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. That plaintiffs recover from defendant BRUCE FINISTER, individually and dba FINISTER FLOORING, all sums due and owing under the terms of the Collective Bargaining Agreement, totaling **$8,671.79**, as follows:

| | |
|---|---:|
| Balance of Contributions (4/06-12/06) | $5,061.92 |
| Liquidated Damages (4/06-12/06) | $606.20 |
| Interest (See Rose Decl., Exh. A) | $727.67 |
| Attorneys Fees (5/27/08-7/17/08) | $1,846.00 |
| Costs of Suit | $430.00 |
| **TOTAL** | **$8,671.79** |

2. That interest be awarded at the rate of seven percent (7%) per annum from the date of Judgment until paid.

3. That plaintiffs be awarded their additional attorneys fees incurred relative to collection of amounts under this Judgment. Plaintiffs may submit a future Declaration to the Court relative to the amounts claimed due.

4. That the Court retain jurisdiction over this matter.

IT IS SO ORDERED.

Dated:_____    _____
                                         CLAUDIA WILKEN
                                         UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery St., Suite 2110, San Francisco, California 94104.

On July 17, 2008, I served the following document(s):

**[PROPOSED] JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Bruce Finister**
> **dba Finister Flooring**
> **6728 Saddle Rock Court**
> **Stockton, California 95210**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of July, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega