United States District Court

For the Northern District of California

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

9   BOARD OF TRUSTEES OF THE NORTHERN
    CALIFORNIA FLOOR COVERING INDUSTRY
10  WELFARE FUND, et al.,

11          Plaintiffs,                    No. C 07-05716 CW (EDL)

12      v.                                 NOTICE OF REFERENCE, TIME
                                           AND PLACE OF HEARING
13  BRUCE FINISTER, individually and dba
    FINISTER FLOORING,

14
            Defendant.
15  _____/

16          TO ALL PARTIES AND COUNSEL OF RECORD:

17          The above matter has been referred to Magistrate Judge Elizabeth Laporte for report and

18  recommendation on default judgment.

19          The hearing on Plaintiffs' Motion for Default Judgment  has been set for August 26, 2008, at

20  9:30 a. m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue,  San Francisco,

21  California, 94102.

22          The opposition shall be served and filed no later than August 5, 2008.  Any reply to the

23  opposition shall be served and filed no later than August 12, 2008.

24                    LAW AND MOTION HEARING PROCEDURES

25          All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the

26  civil case number and the District Court Judge's initials followed by the designation "(EDL)".

27          Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2

28  through 7-5.  Documents not filed in compliance with those rules will not be considered by the Court.

Refer.Not

1    If documents are filed electronically, a paper chambers copy of each electronically filed

2  document must be delivered to the Court no later than 12:00 noon on the day after the filing. The paper

3   chambers copy must be marked "Chambers Copy" and must be lodged with the Clerk's Office, in an

4  envelope clearly marked with the judge's name, case number, and "Chambers Copy." Parties must not

5  file a paper copy of any document with the Clerk's Office that has already been filed electronically.

6    Any party seeking an award of attorney's fees or other expenses in connection with this motion

7  shall file a motion in accordance with Civil Local Rule 37-3.

8

9  Dated:  July 21, 2008

10    _____
     ELIZABETH D. LAPORTE
11    United States Magistrate Judge

**United States District Court**
For the Northern District of California

Refer.Not