Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
NORTHERN CALIFORNIA FLOOR
COVERING INDUSTY WELFARE FUND,
et al..

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING WELFARE FUND; STEVE HAVENS, Trustee,<br><br>        Plaintiffs,<br><br>v.<br><br>BRUCE FINISTER, individually and dba FINISTER FLOORING,<br><br>        Defendant. | Case No.: C07-5716 CW (EDL)<br><br>**PROOF OF SERVICE** |

        I, the undersigned, declare:

        I am a citizen of the United States and am employed in the County of San Francisco, State

of California.  I am over the age of eighteen and not a party to this action.  My business address is

44 Montgomery Street, Suite 2110, San Francisco, California 94104.

        On July 21, 2008, I served the following document(s):

        **NOTICE OF REFERENCE, TIME AND PLACE OF HEARING**

///
///
///
///

1

**PROOF OF SERVICE
CASE NO.: C07-5716 CW (EDL)**

on the interested parties in said action by placing a true and exact copy of each document in a

sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

Francisco, California, addressed as follows:

> **Bruce Finister**
> **dba Finister Flooring**
> **6728 Saddle Rock Court**
> **Stockton, California 95210**

I declare under penalty of perjury that the foregoing is true and correct and that this

declaration was executed on this 21st day of July, 2008, at San Francisco, California.


_____/s/_____
Vanessa de Fábrega

2

**PROOF OF SERVICE**
**CASE NO.: C07-5716 CW (EDL)**