IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRUCE FINISTER,<br><br>    Defendant._____/ | No. C 07-05716 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

   Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to Magistrate Judge Elizabeth D. Laporte to be heard and considered at the convenience of her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.  The hearing previously set for August 21, 2008, is vacated and will be reset by Magistrate Judge Laporte.

Dated:  7/23/08

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Wings; EDL w/mo.