Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
NORTHERN CALIFORNIA FLOOR
COVERING INDUSTY WELFARE FUND,
et al..

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING WELFARE FUND; STEVE HAVENS, Trustee,<br><br>    Plaintiffs,<br><br>v.<br><br>BRUCE FINISTER, individually and dba FINISTER FLOORING,<br><br>    Defendant. | Case No.: C07-5716 CW (EDL)<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 25, 2008, I served the following document(s):

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

///
///
///
///

1

**PROOF OF SERVICE**
**CASE NO.: C07-5716 CW (EDL)**

1
2  on the interested parties in said action by placing a true and exact copy of each document in a
3  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
4  Francisco, California, addressed as follows:
5      **Bruce Finister**
    **dba Finister Flooring**
6      **6728 Saddle Rock Court**
    **Stockton, California 95210**
7
8      I declare under penalty of perjury that the foregoing is true and correct and that this
9  declaration was executed on this 25th day of July, 2008, at San Francisco, California.
10
11                                  _____/s/_____
12                                        Vanessa de Fábrega
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**PROOF OF SERVICE**
**CASE NO.: C07-5716 CW (EDL)**