Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs,
NORTHERN CALIFORNIA FLOOR
COVERING INDUSTY WELFARE FUND,
et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING WELFARE FUND, et al., | Case No.: C07-5716 CW (EDL) |
|---|---|
| Plaintiffs, | **REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING or, alternately, REQUEST FOR TELEPHONIC APPEARANCE; DECLARATION OF SHAAMINI A. BABU IN SUPPORT THEREOF** |
| v. | |
| BRUCE FINISTER, individually and dba FINISTER FLOORING, | |
| Defendant. | |

I, Shaamini A. Babu, declare:

1.  I am an attorney at law licensed to practice in the State of California, and am an associate of Saltzman and Johnson Law Corporation, attorneys for plaintiffs herein. I submit this declaration in support of plaintiffs' pending Motion for Default Judgment. **I am respectfully requesting that judgment be entered against the defendant by the Court without the necessity of a hearing** and that the hearing date presently set for August 26, 2008, at 9:30 a.m. before Magistrate Judge Elizabeth D. Laporte be vacated. Alternately, I am requesting that the Court allow me to appear by telephone at the hearing on August 26, 2008, at 9:30 a.m.

1

**REQUEST FOR ENTRY OF JUDGMENT WITHOUT HEARING
CASE NO.: C07-5716 CW**

2. As the Court's files reflect, a Motion for Default Judgment was filed with the Court and timely served on defendant by mail on July 17, 2008. Said motion was mailed to the address available for the Defendant through the Contractors State License Board website.

3. On July 23, 2008, Plaintiffs' Motion for Default Judgment was referred to Magistrate Judge Laporte.

4. The Notice of Reference, Time and Place of Hearing issued by Magistrate Judge Laporte specifies that any opposition to plaintiffs' Motion for Default Judgment must be filed no later than August 5, 2008.

5. Defendant has not filed an opposition and has not made an appearance in this matter. Collection of delinquent amounts is always uncertain and plaintiffs would like to minimize fees and costs. Accordingly, plaintiffs respectfully request that the Court enter Judgment without the necessity of a hearing.

6. To the best of my knowledge, defendant Bruce Finister is not an infant or incompetent person, nor is he in the military service of the United States.

7. A copy of this Request for Entry of Judgment without a Hearing will be served on Defendant at the address available for the Defendant through the Contractors State License Board website as well as an alternative address found through an online resource.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Executed this 19th day of August, 2008, at San Francisco, California.

_____/s/_____
Shaamini A. Babu

2
**REQUEST FOR ENTRY OF JUDGMENT WITHOUT HEARING**
**CASE NO.: C07-5716 CW**

P:\Clients\FLRCL\Finister Flooring\Pleadings\Motion for Default Judgment\\Request for Entry of Judgment Without Hearing 081908.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 19, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING
or, alternately,
REQUEST FOR TELEPHONIC APPEARANCE;
DECLARATION OF SHAAMINI A. BABU IN SUPPORT THEREOF**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Bruce Finister** | **Bruce Finister** |
| **dba Finister Flooring** | **dba Finister Flooring** |
| **6728 Saddle Rock Court** | **8026 Lorraine Avenue, Suite 209** |
| **Stockton, California 95210** | **Stockton, California 95210** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of August, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

**REQUEST FOR ENTRY OF JUDGMENT WITHOUT HEARING
CASE NO.: C07-5716 CW**

P:\Clients\FLRCL\Finister Flooring\Pleadings\Motion for Default Judgment\\Request for Entry of Judgment Without Hearing 081908.doc

1