IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND ET AL,<br><br>    Plaintiff,<br><br>  v.<br><br>FINISTER,<br><br>    Defendant._____/ | No. C-07-05716 CW (EDL)<br><br>**ORDER DENYING REQUEST TO VACATE HEARING AND GRANTING REQUEST TO APPEAR TELEPHONICALLY** |

On August 19, 2008, Plaintiffs filed a request to vacate the default judgment hearing or, alternatively, to appear by telephone. The request to vacate the hearing is denied. Plaintiffs' request to appear telephonically is granted. Plaintiffs shall call the Court's courtroom deputy at 415-522-3694 no later than August 25, 2008 with a number for the Court to call on August 26, 2008. Counsel shall remain available starting at 9:30 a.m. on August 26, 2008 until called by the Court.

**IT IS SO ORDERED.**

Dated: August 21, 2008

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge