1 Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
3 44 Montgomery St., Suite 2110
San Francisco, CA 94104
4 (415) 882-7900
(415) 882-9287 – Facsimile
5 mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
6 sbabu@sjlawcorp.com

7 Attorneys for Plaintiffs,
NORTHERN CALIFORNIA FLOOR
8 COVERING INDUSTY WELFARE FUND,
et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING WELFARE FUND, et al., | Case No.: C07-5716 CW (EDL) **PROOF OF SERVICE** |
| Plaintiffs, | |
| v. | |
| BRUCE FINISTER, individually and dba FINISTER FLOORING, | |
| Defendant. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 22, 2008, I served the following document(s):

**ORDER DENYING REQUEST TO VACATE HEARING
AND GRANTING REQUEST TO APPEAR TELEPHONICALLY**

1
**PROOF OF SERVICE
CASE NO.: C07-5716 CW**

P:\Clients\FLRCL\Finister Flooring\Pleadings\Motion for Default Judgment\\Proof of Service 082208.doc

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

4          **Bruce Finister**                        **Bruce Finister**
        **dba Finister Flooring**              **dba Finister Flooring**
5          **6728 Saddle Rock Court**      **8026 Lorraine Avenue, Suite 209**
        **Stockton, California 95210**     **Stockton, California 95210**
6

7      I declare under penalty of perjury that the foregoing is true and correct and that this
8  declaration was executed on this 22nd day of August, 2008, at San Francisco, California.
9
10
                                    _____/s/_____
11                                        Vanessa de Fábrega

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                                       2
                                                           **PROOF OF SERVICE**
                                                           **CASE NO.: C07-5716 CW**