UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                **Date:** August 26, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-5716 CW (EDL)

**Title:**   BOARD OF TRUSTEES OF THE NO. CALIFORNIA FLOOR COVERING WELFARE FUND v BRUCE FINISTER

**Attorneys:**   Plaintiff:  Shaamini Babu (phone)       Defendant: No appearance

**Deputy Clerk:**   Lili M. Harrell       **Court Reporter:** Sahar McVickar
(Time: 2 min )

**PROCEEDINGS:**                                          **RULINGS:**

Plaintiffs' Motion for Default Judgment                   Court to issue report &
                                                          recommendation


**ORDERED AFTER HEARING:**


**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:


cc: